## Varian *against* Ogilvie, *gent.* one of the Attornies, &c.

THE plaintiff having recovered a verdict against the defendant, one of the attornies of this court, for 210 dollars, a question was raised, whether the plaintiff was entitled to full costs.

*Per Curiam.* It has been decided, in the case of *T. Bailey,* that where a judgment is recovered against an attorney of this court, for less than 250 dollars, the plaintiff is nevertheless entitled to full costs.